ABDUS SHAHID et al., Appellants, v CITY OF NEW YORK, Respondent. [867 NYS2d 695]

The defendant established its prima facie entitlement to judgment as a matter of law (*see Mago, LLC v Singh*, 47 AD3d 772 [2008]; *Ralin v City of New York*, 44 AD3d 838 [2007]; *Wyllie v District Attorney of County of Kings*, 2 AD3d 714, 721 [2003]). In opposition, the plaintiffs failed to raise a triable issue of fact. Spolzino, J.P., Covello, Angiolillo and Chambers, JJ., concur.